IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JAMES D. CHANDLER                                              PLAINTIFF

v.                          Case No. 11-6019

VETERAN'S AFFAIRS for the
UNITED STATES of AMERICA                                       DEFENDANT

## ORDER

Now on this 27th day of February 2012, there comes on for consideration the report and recommendation filed herein on February 6, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 20). Also before the Court are Plaintiff's objections to the report and recommendation. (Doc. 21).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendant's Motion to Dismiss (doc. 13) is GRANTED as Plaintiff's claims are barred by sovereign immunity and lack of subject matter jurisdiction. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**